IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD LOWERY,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2099

Opinion filed October 1, 2014.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

David W. Collins, Monticello, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.